IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00780-WJM-MJW

VON J. PHATHONG, and
JENNIFER D. PHATHONG,

Plaintiffs,

v.

TESCO CORPORATION (US),

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiffs' Motion to Vacate May 31, 2011 Settlement Conference and Alternative Motion to Allow Plaintiffs to Appear by Telephone (Docket No. 77) is granted to the extent that the plaintiffs shall be permitted to appear by telephone for the Settlement Conference set on May 31, 2011, at 1:30 p.m. Plaintiffs shall provide their counsel with the telephone number at which they can be reached at the time set for the settlement conference. Plaintiffs' counsel and defense counsel shall appear in person for the conference.

Date: May 27, 2011