IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00780 WJM-MJW

VON J. PHATHONG and JENNIFER D. PHATHONG

    Plaintiffs,

vs.

TESCO CORPORATION (US).

    Defendants.

---

**ORDER GRANTING TESCO CORPORATION'S UNOPPOSED MOTION TO VACATE AND RESCHEDULE FINAL PRETRIAL CONFERENCE** (DN 81)

---

THIS MATTER COMING before the Court upon Tesco Unopposed Motion to Vacate and Reschedule Final Pretrial Conference and the Court having reviewed the Motion and being otherwise fully advised in the premises, does hereby order that Tesco Corporation's Unopposed Motion to Vacate and Reschedule Final Pretrial Conference is granted. The parties are to contact the Court ~~within ten days~~ *ON OR BEFORE JUNE 10, 2011* to reschedule the Final Pretrial Conference. *FINAL PRETRIAL CONFERENCE JUNE 06, 2011 at 8:30 A.M. is Vacated.*

DATED this 1st day of June 2011.

BY THE COURT:

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO