IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00780 WJM-MJW

VON J. PHATHONG and JENNIFER D. PHATHONG

      Plaintiff(s),

v.

TESCO CORPORATION (US).

      Defendant(s).

---

## DEFENDANT TESCO CORPORATION'S PROPOSED VOIR DIRE

---

      Tesco Corporation, by and through its attorneys, Richard A. Waltz and Carolyn Gyermek, of The Waltz Law Firm, and hereby submits Defendant Tesco Corporation's Proposed Voir Dire and states as follows:

1.     Have you, any member of your immediate family, or a close friend ever made a claim for personal injuries?

        If so, who was injured?
        Describe the nature of the injuries.
        What was the outcome of the claim?
        Was the injured person satisfied with the outcome?

2.     Have you, any member of your immediate family, or a close friend ever been a party in a legal proceeding?

        If so, describe the nature of the proceeding.
        What was the outcome of the proceeding?

3.      Have you, any member of your immediate family, or a close friend ever been a witness in a legal proceeding?

                If so, who was the witness?

                Describe the nature of the proceeding.

                What was the outcome of the proceeding?

4.      Have you ever worked as a manager or supervisor?

5.      Do you believe that people have a responsibility for their actions?

6.      Are you honest with your physicians?

7.      Is there anyone here who would never sue another person?

8.      Do you believe that there are too many lawsuits?

9.      Have you ever had a neck or back injury?
If so how did it occur?
How soon after the incident did the injury cause pain?
How soon after the injury did you go back to work?

10.      Are you or any of your family members disabled?

11.      Have you worked for a company that was sold and did not find out until after the sale?

                How were you informed?

12.      Have you or any of your relatives ever worked on an oil rig?

13.      Have you or any of your relatives worked around heavy equipment or large machinery?

                Do you know that large machinery and heavy equipment can be dangerous?

14.      Have you ever told your employer that a job was dangerous and you would not do it?

If you knew a job was dangerous, would you still do it?

15.    Have you ever known something was a danger and decided to agree to do it anyway?

16.    Do you or any of your relatives work for Encana (Oil & Gas), Tesco Corporation or Turnkey Corporation?

17.    Are you or any of your relatives clients of, or work for, either of the law firms in this case?

Dated this 14th day of May, 2012.

By:    s/Richard A. Waltz
          Richard A. Waltz, #11567
          Carolyn Gyermek, # 41606

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2012, I electronically filed a true and correct copy of the above Defendant's Proposed Voir Dire with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Michael S. Burg, Esq.
Holly Kammerer, Esq.
Steven G. Greenlee, Esq.
Burg, Simpson, Eldredge, Hersh & Jardine
40 Inverness Drive East
Englewood, CO 80112
mburg@burgsimpson.com
sgreenlee@burgsimpson.com
hkammerer@burgsimpson.com

/s/Jessica J. Meier