IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No.  10-cv-00780-WJM-MJW

VON J. PHATHONG and
JENNIFER PHATHONG,

    Plaintiffs,

v.

TESCO CORPORATION,

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

---

    IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

    DATED at Denver, Colorado this 12 day of June 2012.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Plaintiffs

_____
Attorney for Defendant