**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-00780-WJM-MJW

VON J. PHATHONG, and
JENNIFER D. PHATHONG,

    Plaintiffs,

v.

TESCO CORPORATION (US),

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR STAY OF EXECUTION
ON APPEAL WITHOUT FURTHER BOND**

---

This matter is before the Court on the Defendant's Unopposed Motion to Stay of Execution on Appeal Without Further Bond, filed October 17, 2012 (ECF No. 200). The Court having reviewed the Defendant's Unopposed Motion, FINDS that the Supersedeas Bond already in place (ECF No. 195) is adequate security to protect Plaintiffs' interest during the pendency of the appeal in this action.

The Court hereby ACCEPTS the Supersedeas Bond (ECF No. 195) as satisfying the bond requirements set forth in Fed. R. Civ. P. 62(d). In accordance with the foregoing, the Court hereby ORDERS that the Defendant's unopposed Motion is GRANTED.

Dated this 9th day of November, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge