**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-00780-WJM-MJW

VON J. PHATHONG, and
JENNIFER D. PHATHONG,

    Plaintiffs,

v.

TESCO CORPORATION (US),

    Defendant.

## ORDER VACATING JURY VERDICT AND DIRECTING ENTRY OF JUDGMENT

This matter is before the Court on the Mandate issued by the U.S. Court of Appeals for the Tenth Circuit.  (ECF No. 222.)  This matter was tried from June 4, 2012 through June 12, 2012 before a jury, which returned a verdict for Plaintiffs Von J. Phathong and Jennifer D. Phathong.  (ECF No. 175.)  On June 19, 2012, Final Judgment was entered in favor of Plaintiffs and against Defendant Tesco Corporation (US).  (ECF No. 178.)

On May 6, 2014, after reviewing Defendant's appeal, the Tenth Circuit issued an Order and Judgment remanding the matter to this Court with instructions to vacate the jury verdict and enter judgment for Defendant.  (ECF No. 220.)  The Mandate was issued on June 10, 2014.  (ECF No. 222.)

Accordingly, IT IS ORDERED that the jury verdict and Final Judgment (ECF No. 178) are hereby VACATED.  The Clerk shall enter judgment against Plaintiffs and in favor of Defendant.  Defendant shall have its costs.

Dated this 18th day of June, 2014.

BY THE COURT:

_____
William J. Martinez
United States District Judge