**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-00780-WJM-MJW

VON J. PHATHONG, and
JENNIFER D. PHATHONG,

    Plaintiffs,

v.

TESCO CORPORATION (US),

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT TO and in accordance with the Order Vacating Jury Verdict And Directing Entry Of Judgment, entered by the Honorable William J. Martínez, United States District Judge, on June 18, 2014,

The mandate from the Tenth Circuit Court of Appeals issued June 10, 2014. In its Order and Judgment, issued May 6, 2014, the Tenth Circuit remanded this matter to the district court to vacate the jury's verdict in favor of the Phathongs and to, instead, enter judgment in favor of Tesco.

In accordance with the mandate upon remand, it is

ORDERED that the jury verdict and Final Judgment are VACATED. Judgment is entered against the Plaintiffs and in favor of the Defendant. It is

FURTHER ORDERED that Defendant is awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days after entry of Final Judgment.

Dated at Denver, Colorado this 19th day of June 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk